FILED
2021 Jan-29 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| CANDY DARDEN,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE LINCOLN NATIONAL LIFE  )<br>INSURANCE COMPANY; and  )<br>THE GROUP LONG TERM  )<br>DISABILITY INSURANCE FOR  )<br>EMPLOYEES OF INOAC USA,  )<br>INC.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NUMBER:<br>7:20-cv-01939-LSC |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Candy Darden, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby dismisses with prejudice all of Plaintiff's claims against defendants The Lincoln National Life Insurance Company and The Group Long Term Disability Insurance for Employees of INOAC USA, Inc.

Dated this 29th day of January, 2021.

/s/ David P. Martin
David P. Martin (ASB-3500-M68D)
M. Clayborn Williams (ASB-9101-A43M)
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402
205.343.1771 (phone)
205.343.1781 (facsimile)
david@erisacase.com
clay@erisacase.com

*Attorney for Plaintiff Candy Darden*