UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| Candy Darden, <br><br> Plaintiff, <br><br> v. <br><br> The Lincoln National Life Insurance Company and The Group Long Term Disability Insurance for Employees of INOAC USA, Inc., <br><br> Defendants. | 7:20-cv-01939-LSC |

ORDER

The Court acknowledges receipt of the parties' Notice of Voluntary Dismissal with Prejudice, filed on January 29, 2021 (Doc. 5). This case is **DISMISSED WITH PREJUDICE**, and costs are taxed as paid.

**DONE** and **ORDERED** on February 1, 2021.

L. Scott Coogler
United States District Judge

203323